Received
~~FILED~~ IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 3 1 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE NORTHERN DISTRICT OF GEORGIA
## STATE OF GEORGIA

**NADINE MARIE JACKSON-RONE**
Petitioner

**Vs**                                          **CIVIL ACTIOIN**

**)**
**LONG BEACH MORTGAGE COMPANY,** File No.: _____
**DEUTSCHE BANK NATIONAL TRUST CO.**
**AS TRUSTEE FOR LONG BEACH MORTGAGE**
**LOAN TRUST 2006-6,**
**JPMORGAN CHASE BANK**                 **1:17-CV-2883**
**NATIONAL ASSOCIATION**
                        **Defendants.**

---

## COMPLAINT FOR FRAUD, QUIET TITLE, WRONGFUL INSTITUTION OF NON-JUDICIAL FORECLOSURE, INJUNCTIVE RELIEF, COMPENSATORY AND PUNITIVE DAMAGES

COMES NOW, Nadine Marie Jackson-Rone, and files this her

"COMPLAINT , FRAUD, QUIET TITLE, WRONGFUL

INSTITUTION OF NON-JUDICIAL FORECLOSURE, INJUNCTIVE

RELIEF, COMPENSATORY AND PUNITIVE DAMAGES," showing

this Honorable Court as follows:

## PARTIES AND JURISDICTION

1.

Defendant LONG BEACH MORTGAGE COMPANY (hereinafter

"LONG BEACH") is a proper party, and is subject to the jurisdiction and venue

of this Court.

2.

Defendant **DEUTSCHE BANK NATIONAL TRUST CO {hereinafter "DEUTSCHE")** is a proper party, and is subject to the jurisdiction and venue of this Court.

3.

Defendant **JPMORGAN CHASE BANK, NATIONAL  ASSOCIATION (hereinafter** "CHASE BANK") is a proper party, and is subject to the jurisdiction and venue of this Court.

4.

On May,1, 2006 Anthony Leon  Rone (Plaintiff's       husband) executed a Security Deed in favor of Defendant Long Beach Mortgage Co. (recorded at Deed Book 3607, Book 284 and again at page 306) for the then-couple's residence situated at 5560 Fisherman Court, Villa Rica, Carrol County, Ga.. **Copy attached hereto as Exhibit "A-1 and A-2".**

5.

On June 15, 2006 Anthony Leon  Rone (Plaintiff's       husband) executed a Quitclaim Deed in favor of Plaintiff Nadine Marie Jackson-Rone (recorded at Deed Book 3728, Page 212) for that certain property. **Copy attached hereto as Exhibit "B"**

**6.**

On July 16, 2008 Defendant Long Beach Mortgage Co transferred sold, assigned to Defendant Deutsche Bank National Trust Co. as Trustee for Long Beach Mortgage Loan Trust 2006-6 in and to the Security Deed executed by Anthony Leon Rone to Defendant Long Beach Mortgage Co. dated May 1, 2006 for said property **Copy attached hereto as Exhibit"C"**

7.

On November 10, 2014 Defendant JPMorgan Chase Bank, National Association, successor in Interest by Purchase from FDIC as Receiver of Washington Mutual Bank Successor in Interest to Defendant Long Beach Mortgage Company, the holder of a certain Security Deed between Anthony Leon Rone to Defendant Long Beach Mortgage Co. **executed a CANCELLATION OF DEED TO SECURE DEBT** (recorded at Deed Book 5365, Page 907). **Copy attached hereto as Exhibit "D"**

**8.**

Defendant Long Beach Mortgage Co. has withdrawn its registration and may therefore be served with process through the Georgia Secretary of State Corporations Division 2 MLK Dive, Atlanta, Ga. 30303.

8 A.

Defendant Foreclosed on 5659 Fisherman Court, Villa Rica, GA property which was paid in full. See EX E.

**9.**

Defendant **DEUTSCHE.** may be served with process at 725 Baymeadows Way, Jacksonville, Fl 32256

**10.**

Defendant JP Morgan Chase Banc. may be served with process through it's counsel John D. Fichtner, Esq., McCalla Raymer, LLC, 1544 Old Alabama Road Roswell, Ga.  30076

## **INTRODUCTION**

**11.**

Plaintiff brings this Complaint pursuant to *0. C.G.A. 9-4-1, et seq., Uniform Superior Court Rule 6.* 7, and *O.C.G.A. 9-11-65)* against the named defendants.

**12.**

Specifically, plaintiff seeks injunctive relief for the return of her properties as 5559 Fisherman Court, Villa Rica, Georgia 30180 and her primary residence at 5560 Fisherman Court, Villa Rica, Georgia  30180.

## **STATEMENT OF**

### **FACTS 13.**

Plaintiff show that there is an actual controversy with the defendants relative to his primary residence situated at 5560 Fisherman Ct., Villa Rica, Ga 30180.

**14.**

On May,l, 2006 Anthony Leon Rone (Plaintiffs     husband) executed a

Security Deed in favor of Defendant Long Beach Mortgage Co. (recorded at

Deed Book 3607, Book 284 and again at page 306) for the then-couple's

residence situated at 5560 Fisherman Court, Villa Rica, Carrol County, Ga..

**15.**

On June 15, 2006 Anthony Leon Rone (Plaintiff's - husband) executed a

Quitclaim Deed in favor of Plaintiff Nadine Marie Jackson-Rone (recorded at

Deed Book 3728, Page 212) for that certain property

**16.**

On July 16, 2008 Defendant Long Beach Mortgage Co transferred s o l d ,
assigned to Defendant Deutsche Bank National Trust Co. as Trustee for Long

Beach Mortgage Loan Trust 2006-6 in and to the Security Deed executed b y

Anthony Leon Rone to Defendant Long Beach Mortgage Co. dated May I, 2006

for said property

**17.**

On November 10, 2014 Defendant JPMorgan Chase Bank, National

Association, successor in Interest by Purchase from FDIC as Receiver of

Washington Mutual Bank Successor in Interest to Defendant Long Beach

Mortgage Company, the holder of a certain Security Deed between Anthony

L e o n  Rone to Defendant Long  Beach Mortgage Co. **executed a**

# **CANCELLATION OF DEED TO SECURE DEBT** (recorded at Deed

Book 5365, Page 907)

### **18.**

**On November 12, 2014 Defendant JPMorgan Chase Bank (through**

**their counsel McCalla Rahmer, LLC) forwarded its letter asserting that it**

**intended to conduct a Non-Judicial Foreclosure upon plaintiff's property on**

**the first Tuesday of January, 2015.**

### **19.**

On May 4, 2015 Plaintiff filed bankruptcy through

her private attorney  *see EX F.*

## **COUNT 1**

## **FRAUD**

### **20.**

Plaintiff re-alleges the allegations contained in the preceding paragraphs and

incorporates same by reference into this Count.

### **21.**

On May,l, 2006 Anthony Leon  Rone (Plaintiff's      'l.usband) executed a

Security Deeds at Defendant Long Beach Mortgage Co.'s attorney (Patton &

Fletcher, LLC for which said attorneys subsequently recorded at Deed Book 3607,

Book 284 and again at page 306 for the then-couple's residence situated at 5560

Fisherman Court, Villa Rica, Carrol County, Ga..

**22.**

Thereafter, or on June 15, 2006 Anthony Leon R o n e  (Plaintiffs

husband) executed a Quitclaim Deed in favor of Plaintiff Nadine Marie Jackson-

Rone (recorded at Deed Book 3728, Page 212) for that certain property.

**23.**

On July 16, 2008 Defendant Long Beach Mortgage Co transferred sold,

**assigned** to Defendant Deutsche Bank National Trust Co. as Trustee for Long

Beach Mortgage Loan Trust 2006-6 in and to the Security Deed executed by

Anthony Leon Rone to Defendant Long Beach Mortgage Co. dated May 1, 2006

for said property

**4.**

Then on November I 0, 2014 Defendant JPMorgan Chase Bank, National

Association, successor in Interest by Purchase from FDIC as Receiver of

Washington Mutual Bank Successor in Interest to Defendant Long Beach

Mortgage Company, the holder of a certain Security Deed between Anthony Leon

Rone to Defendant  Long   Beach Mortgage Co. **EXECUTED**

## **CANCELLATION OF DEED TO SECURE DEBT**(recorded at Deed

Book 5365, Page 907) but now seeks to foreclose upon that very same property.

**25.**

Said transaction was fraudulent and plaintiff was defrauded.

**26.**

Despite the deed cancellation, Defendants have sought to foreclose.

**27.**

As a direct and proximate result of Defendants fraudulent actions set forth above, plaintiff has been damaged, including the potential loss of her home after foreclosing her equity, financial damage, damage to her credit and credit standing and other damages.

**28.**

The actions of the Defendants by creating, using and perpetratinfraud against Plaintiff and against the public by recording these documents in

the public records, which conduct shocks the conscience under these circumstances,

entitles plaintiff to punitive damages.

## Count II
## WRONGFUL INSTITUTION OF NON-JUDICIAL FORECLOSURE PROCEEDING

**29.**

Plaintiff re-alleges the allegations contained in the preceding paragraphs and

incorporates same by reference into this Count.

**30.**

Defendants have transmitted certain instruments / letters, etc... expressing its

intent to foreclose upon plaintiff's property in addition to advertising such property in

the local legal organ.

**31.**

The non-judicial foreclosure attempts, including the act of advertising was

wrongful.

**32.**

Defendants actions, in disregard of plaintiff's rights, which conduct shocks the

conscience, under these circumstances, entitles Plaintiff to punitive damages.

**33.**

AS a direct and proximate result of the actions of Defendant, plaintiff has been

damaged including potential loss of her home, her equity therein, financial damage,

loss of use and enjoyment of this property, damage to her credit and credit

standing, emotional distress and other damages as well.

## COUNT III

### COMPENSATORY AND PUNITIVE DAMAGES

**34.**

Plaintiff's incorporate by specific reference thereto, replead and reallege in relevant parts, paragraphs listed aboves if fully alleged over again hereunder.

**35.**

Pursuant to O.C.G.A. 16-14-4 and 16-14-6 Plaintiff should be awarded three times the actual damages sustained.

**36.**

Pursuant to O.C.G.A. 16-14-4 and 16-14-6 Plaintiff should be awarded punitive damages.  Plaintiff is entitled to  compensatory damages due to her lost and homelessness.

**37.**

Plaintiff suffered a massive heart attack due to the stresses of illegal foreclosure.  Her illness caused massive irreversible health problems which she should be compensated for.  Plaintiff has been indigent due to homelessness and

severe health problems as a result of health problems and harassment.  She was only given six hours to vacate the premises.  Plaintiff lost a lot of personal property as well as her boat.

It is clear and convincing evidence that Defendants actions demonstrate willful

misconduct, malice, fraud, wantonness, oppression and an entire want of care as

will raise a presumption of conscious indifference to the consequences of

Defendant's orchestrated and fraudulent actions directed at plaintiffs.

**WHEREFORE, Plaintiffs** prays as follows:

a) That Plaintiff have a trial upon the issues formed in this C o m p l a i n t .

b) That the Court inquire into this matter and provide judgment for

plaintiff's torts, including fraud, injunctive relief,  quiet title

compensatory and punitive damages; a n d

c) That the Court Order any and all such other relief it deems a p p r o p r i a t e .

This _____ 3 / 4 _____ of  July, 2017

**JACQUELINE A. GIBSON & ASOCIATES P.C.**

_____

Jacqueline A. Gibson, Esq
Attorney for Plaintiff
GA BAR 292925

235 Peachtree Street N.E, Suite 400
Atlanta, Georgia  30303
(404) 681-1200
(404) 344-3094 Fax
Judgegibson2003@yahoo.com

93421

GEORGIA INTANGIBLE TAX PAID
$ _____
4/11/06   3607   284

Return To:
LONG BEACH MORTGAGE COMPANY CLERK OF SUPERIOR COURT
P.O. BOX 201085
STOCKTON, CA 95202

Prepared By:

LOAN NO. 6727627-7893

FILED
GA. CARROLL COUNTY
CLERK _____ COURT
2014 DEC 26  PM 4:43
CLERK SUPERIOR COURT
CARROLL COUNTY GEORGIA

—————————— [Space Above This Line For Recording Data] ——————————

# SECURITY DEED

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated   May   1,   2006,   together with all Riders to this document.
(B) "Borrower" is
ANTHONY LEON RONE, A SINGLE MAN

Borrower is the grantor under this Security Instrument.
(C) "Lender" is   LONG BEACH MORTGAGE COMPANY

Lender is a corporation
organized and existing under the laws of the State of Delaware

GEORGIA-Single  Family-Fannie Mae/Freddie Mac  UNIFORM INSTRUMENT                    Form 3011  1/01

GA -6(GA) (0005)-01
Page 1 of 16                      Initials

VMP MORTGAGE FORMS - (800)521-7291

43422

BK      PG
3607   306

GEORGIA INTANGIBLE TAX PAID
$      175.50
6/23/06
CLERK OF SUPERIOR COURT

05 JUN 23  AM 11: 12

FILED
GA. CARROLL COUNTY
CLERK
2014 DEC 26  PM 4:43
_____ COURT
CLERK SUPERIOR COURT
CARROLL COUNTY GEORGIA

PLAINTIFF'S
EXHIBIT
2

After Recordation Return to:

LONG BEACH MORTGAGE COMPANY
P.O. BOX 201085
STOCKTON, CA 95202
Loan No. 6327638-7693

**SECURITY DEED**

THIS DEED is made this     1st     day of     May     2006     , between the Grantor,

ANTHONY LEON RONE, A SINGLE MAN

(herein "Borrower"), and the Grantee,

LONG BEACH MORTGAGE COMPANY

, a corporation organized and

existing under the laws of  **the State of Delaware**                                    , whose address is
**1400 S. DOUGLASS RD., SUITE 100, ANAHEIM, CA 92806**

(herein "Lender").

WHEREAS, Borrower is indebted to Lender in the principal sum of U.S. $  $3,296.00
which indebtedness is evidenced by Borrower's note dated     May     1 ,  2006
and extensions and renewals thereof (herein "Note"), providing for monthly installments of principal and interest, with the
balance of the indebtedness, if not sooner paid, due and payable on     May     1 ,  2036     ;

TO SECURE to Lender the repayment of the indebtedness evidenced by the Note, with interest thereon; the payment of all
other sums, with interest thereon, advanced in accordance herewith to protect the security of this Deed to Secure Debt; and the
performance of the covenants and agreements of Borrower herein contained, Borrower does hereby grant and convey to Lender
and Lender's successors and assigns, with power of sale, the following described property located in the County of
CARROLL                                                                       , State of Georgia:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

which has the address of     6268 FISHERMAN   CT                                    [Street]
VILLA RICA                     [City] Georgia   30180     [ZIP Code] (herein "Property Address");

TO HAVE AND TO HOLD such property unto Lender and Lender's successors and assigns forever, together with all the
improvements now or hereafter erected on the property, and all easements, rights, appurtenances and rents, all of which shall be
deemed to be and remain a part of the property covered by this Deed; and all of the foregoing, together with said property (or
the leasehold estate if this Deed is on a leasehold) are hereinafter referred to as the "Property."

Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey
the Property, and that the Property is unencumbered, except for encumbrances of record. Borrower covenants that Borrower
warrants and will defend generally the title to the Property against all claims and demands, subject to encumbrances of record.

GEORGIA- SECOND MORTGAGE - 1/80  - FNMA/FHLMC UNIFORM INSTRUMENT

-76(GA) (9607)
Page 1 of 4
VMP MORTGAGE FORMS - (800)521-7291

Form 3811

TRA3601 (04/28/04) PC

.107611

BK      PG
3723   212

PLAT BOOK - 007289
CARROLL COUNTY, GEORGIA
REAL ESTATE TRANSFER TAX
PAID      8. 00
DATE     10/5/06
CLERK OF SUPERIOR COURT

FILED
GA. CARROLL COUNTY
CLERK SUPERIOR COURT
06 OCT -5 AM 10: 42

FILED
8A. CARROLL COUNTY
CLERK_____COURT
2014 DEC 26  PM 4: 43
CLERK SUPERIOR COURT
CARROLL COUNTY GEORGIA

Above Space Reserved for Recording
[If required by your jurisdiction, list above the name & address of: 1) where to return this i on t; 2) preparer; 3) party requesting recording.]

# Quitclaim Deed

Date of this Document: June 15, 2006

Reference Number of Any Related Documents: Exhibit-A

Grantor:
Name  ✓ Anthony Leon Rone
Street Address 5516 Fisherman Court C
City/State/Zip Villa Rica, GA 30180

Grantee:
Name  Nadine Marie Jackson-Rone
Street Address 5254 Woodmond Drive
City/State/Zip Villa Rica, GA 30180

Abbreviated Legal Description (i.e. lot, block and/or section, township, range, quarter/quarter or unit, building and condo name):  (Ator     See   Exhibit-A)

Assessor's Property Tax Parcel/A     Exhibit-A (see )

THIS QUITCLAIM DEED, exec     Leon Rone     day of   June
20 06, by first party, Grantor,           whose
mailing address is  5516 Fisherman Court, Villa Rica, GA 30180 to
second party, Grantee, Nadine Marie Jackson Rone
whose mailing address is 5254 Woodmond Drive, Villa Rica GA 30180.

WITNESSETH that the said first party, for good consideration and for the sum of Eight thousand,
Dollars ($ 8,000.00 ) paid by the said second party, the receipt whereof is hereby acknowledged,
does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim,

www.socформ.com                     Page 1 of 2                  © 2005 Socrates Media, LLC
LF205-1 • Rev. 03/05

BK        PG

3728   213

which the said first party has in and to the following described parcel of land, said improvements and appurtenances thereto in the County of _____ Carroll _____, State of _____ Georgia _____
to wit: _____
_____
_____
_____

IN WITNESS WHEREOF, the said first party has signed and sealed these presents the day and year first written above. Signed, sealed and delivered in the presence of:

**Signature of Witness** _Sameerah M. Carr_
**Print Name of Witness** _Sameerah M. Carr_

**Signature of Witness** _____
**Print Name of Witness** _Natalie M. Elliott_

**Signature of Grantor** _____
**Print Name of Grantor** _Anthony L. Rose_

State of _Georgia_
County of _Clayton_

On _June 15, 2006_ , before me, _Natalie M. Elliott_
appeared _Anthony Leon Rose_ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
**Signature of Notary**

Affiant _____ Known ✓ _____ Produced ID
Type of ID _GA Drivers License_
(Seal)

FILED
GA. CARROLL COUNTY
CLERK _____ COURT
2014 DEC 26  PM 4: 43
CLERK SUPERIOR COURT
CARROLL COUNTY GEORGIA

. BK .      PG
3728   214

## EXHIBIT A

A certain tract or parcel of land in Carroll County, in the State of Georgia,
described as follows:

All that tract or parcel of land lying and being in Land Lots 31 and 32 of the 6th
District of Carroll County, Georgia, containing 0.33 acres, more or less, and
being more particularly described as Lot 550, Section 6, Fairfield Plantation, as
shown on a plat entitled "Survey for Kelly R. Brothers and Vickie W. Brothers",
prepared by Geocon Surveying, Inc., certified by Henry T. McBrayer, Georgia
Registered Land Surveyor No. 2570, dated November 18, 1995, and recorded at
Plat Book 58, page 23, Carroll County Public Records.  Said plat and the record
thereof are each by reference incorporated herein.

OCT 0 6 2006

RECORDED_____KENNETH SKINNER, CLERK

FILED
GA. CARROLL COUNTY
2014 DEC 26  PM 4: 43
CLERK_____COURT
CLERK SUPERIOR COURT
CARROLL COUNTY GEORGIA

192665

BK 4412   PG 327

FILED, CARROLL COUNTY
CLERK SUPERIOR COURT
08 OCT 16  PM 1:3

FILED
GA. CARROLL COUNTY
CLERK
2014 DEC 26   PM 4: 43
CLERK SUPERIOR COURT
CARROLL COUNTY GEORGIA
_____COURT

PLAINTIFF'S
EXHIBIT
2

Our File No.: 11563408-FT1
Debtor: Anthony Leon Rose
Sale Date: 10/07/2008

Return to:
Fidelis Solutions, LLC
1544 Old Alabama Road
Roswell, GA 30076

## ASSIGNMENT

STATE OF NN
COUNTY OF Dallas

For value received, Long Beach Mortgage Company has this day transferred, sold, assigned, conveyed and set over to Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-4, whose address is 1255 Ezpomarkrose Way, Jacksonville, FL 32256, as Assignee, its successors, representatives and assigns, all its right, title and interest in and to a certain Security Deed (or Deed to Secure Debt) executed by Anthony Leon Rose to Long Beach Mortgage Company, dated May 1, 2006, recorded in Deed Book 3697, Page 284, Carroll County, Georgia Records.

Property Address: 5560 Fisherman Ct, Villa Rica, GA 30180

The Assignor herein specifically transfers, sells, conveys and assigns to the above Assignee, its successors, representatives and assigns, the aforesaid Security Deed, the property described therein, the indebtedness secured thereby together with all the powers, options, privileges and immunities therein contained.

The Assignor herein has this day sold and assigned to the Assignee herein the note secured by the aforesaid Security Deed and this transfer is made to secure the Assignee, its successors, representatives and assigns, in the payment of said note.

Effective Date: July 16, 2008
IN WITNESS WHEREOF, the Assignor has hereunto set its hand and seal this AUG 29 day of 2008.

Signed, sealed and delivered
in the presence of

_____
Unofficial Witness

_____
Notary Public
My Commission Expires: 1-31-11

[Notary seal: JACQUELYN FREEMAN NOTARY PUBLIC - MISSION MY COMMISSION EXPIRES JAN. 31, 2011]

Washington Mutual Bank, as successor in interest to
Long Beach Mortgage Company

By: _____
Title: Christine Allen                 Attorney in Fact

By: _____
Title: Eric Tate                       Attorney in Fact
(Corporate Seal)

RECORDED _____ OCT 17 2008
KENNETH SKINNER, CLERK

BK        PG

5365    907



FILED
GA. CARROLL COUNTY
14 NOV 17 PM 3:59

CLERK SUPERIOR COURT

FILED
GA. CARROLL COUNTY
2014 DEC 26 PM 4:43
CLERK_____ COURT
CLERK SUPERIOR COURT
CARROLL COUNTY GEORGIA

When Recorded Return To:
JPMorgan Chase Bank, N.A.
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683
Loan #: 0698060975

## CANCELLATION OF DEED TO SECURE DEBT
### DEED ONLY
(Cancellation of Security Deed)

STATE OF GEORGIA
COUNTY OF CARROLL

KNOW ALL MEN BY THESE PRESENTS, that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST BY PURCHASE FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY the holder of a certain Security Deed executed by ANTHONY LEROY ROWE to LONG BEACH MORTGAGE COMPANY dated 05/02/2005, Recorded in Book 3607, Page 306, of the official records, in the office of the Clerk of Superior Court of CARROLL County, Georgia, hereby authorizes and directs the Clerk of Superior Court to cancel the deed of record as provided in Code Section 44-14-4 of the O.C.G.A. for other mortgage cancellations.
Property is commonly known as: 5560 FISHERMAN CT, VILLA RICA, GA 30180.

Dated on __11_/_10_/_14_ (MM/DD/YYYY).
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST BY PURCHASE FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY

By: _____
Amy Knight   VICE PRESIDENT

And: _____
Vicki Strickland   ASST. SECRETARY

Signed and delivered in the presence of

_____
Deandrea Chapman   Witness

_____
Shannon Sigears   Witness

STATE OF LOUISIANA / PARISH OF OUACHITA
On __11_/_10_/_14_ (MM/DD/YYYY), before me appeared Amy Knight and Vicki Strickland, to me personally known, who did say that he/she/they is/are the VICE PRESIDENT and ASST. SECRETARY, respectively of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST BY PURCHASE FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

_____
Amy Gott #66396
Notary Public - State of LOUISIANA
Commission expires: LIFETIME

AMY GOTT
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 66396

Document Prepared By: E.Lusco/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
CHAS2 24080303 _5 WAMU   T0714112212  [C-1]  SPOGAS

*D000E 53211*

RECORDED
NOV 18 2014
Alan J. Lee, Clerk

PLAINTIFF'S EX - E

ook 4200. Page 286

163406

Bk 136 Pg 384

| BK | PG |
|----|----|
| 4200 | 286 |

PT-61 022-200 $ 0.00089
CARROLL COUNTY, GEORGIA
REAL ESTATE TRANSFER TAX
PAID – 0 –
DATE 1-4-08
_____
CLERK OF SUPERIOR COURT

FILED
GA, CARROLL COUNTY
CLERK SUPERIOR COURT

08 JAN -4 PM 2: 21

CLERK SUPERIOR COURT
CARROLL COUNTY GEORGIA

NadineMarie Jackson
5560 Fisherman Ct.
Villa Rica, GA, 30180.

Above Space Reserved for Recording
[If required by your jurisdiction, list above the name & address of: 1) where to return this form; 2) preparer; 3) party requesting recording.]

# Quitclaim Deed

Date of this Document: January 4, 2008

Reference Number of Any Related Documents: Exhibit "A" (Book 3607 Page 285)

Grantor:

Name  Anthony Leon Rone
Street Address  5560 Fisherman Court
City/State/Zip  Villa Rica, GA, 30180

Grantee:

Name  NadineMarie Jackson-Rone
Street Address  5560 Fisherman court
City/State/Zip  Villa Rica, GA, 30180

Abbreviated Legal Description (i.e., lot, block, plat or section, township, range, quarter/quarter, or sub, building and condo name): Attached, See Exhibit "A" (Page 285)

Assessor's Property Tax Parcel/Account Number(s): See Exhibit "A" Submitted.

THIS QUITCLAIM DEED, executed this 4th day of January 20 08, by first party, Grantor, Anthony Leon Rone whose mailing address is 5560 Fisherman Court villa Rica GA, 30180, to second party, Grantee, Nadinemarie Jackson-Rone whose mailing address is 5560 Fisherman court villa Rica GA, 30180

WITNESSETH that the said first party, for good consideration and for the sum of Eight This One Dollar no/100 Dollars ($ 1.00 ) paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim

Notary Public
My Commission Expires Aug. 18, 2008

www.socforms.com          Page 1 of 2          © 2005 www.socforms.com

RITA Y. PEELE
NOTARY
PUBLIC
DOUGLAS COUNTY, GA

Rita Y. Peele       DATE 1-4-2008

CERTIFIED
COPY

_____ J. Ward
DEPUTY CLERK OF SUPERIOR COURT
CARROLL COUNTY GEORGIA

pg 1 of 3

ook 4200 Page 287

BK    PG
4200   287

Bk 136 Pg 385

which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of _____, State of __Georgia__
to wit: _____

IN WITNESS WHEREOF, the said first party has signed and sealed these presents the day and year first written above. Signed, sealed and delivered in the presence of:

Signature of Witness _____
Print Name of Witness __VANESSA REID__

Signature of Witness _____
Print Name of Witness __AARIUS L. FREEMAN__

Signature of Grantor _____
Print Name of Grantor __Anthony L. Rone__

State of __Ga__
County of __Carroll__

On __1-4-2008__, before me, __Rita Y. Peele__
appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

Affiant _____Known_____Produced ID _____
Type of ID __DRIVERS LICENSE__
      (Seal)

Notary Public Douglas County, Georgia
My Commission Expires Aug. 18, 2008

© 2005 Socrates Media, LLC
LF200-1 • Rev. 05/05

ook 4200 Page 288

BK      PG
4200    288

BK      PG
3607    283

EXHIBIT "A"

ALL THAT TRACT or parcel of land lying and being in Land Lots 31 and 32 of the 6th District
of Carroll County, Georgia, containing 0.33 Acres, more or less, and being more particularly
described as Lot 560, Section 5, Fairfield Plantation, as shown on a plat entitled "Survey for
Kelly R. Brothers and Vickie W. Brothers," prepared By Geocon Surveying, Inc., certified by
Henry T. McBrayer, Georgia Registered Land Surveyor No. 2570, dated November 15, 1995,
and recorded in Plat Book 53, Page 23, Carroll County Public Records. Said plat and the record
thereof are each by reference incorporated herein.

TOGETHER WITH:

ALL THAT TRACT or parcel of land designed as Lot No. 559, Section No. 5 in Fairfield
Plantation (formerly known as Treasure Lake Subdivision) in Carroll County, Georgia as it is
shown and delineated on a plat of said section and subdivision appearing of record in Plat Book
12, Page 67, in the Office of the Clerk of the Superior Court of Carroll County, Georgia, which plat
and the record thereof are by reference incorporated herein for a more particular description of
said property.

Said entire parcel (Lots 559 and 560) is also shown and delineated on plat of record in Plat Book
69, Page 166, aforesaid records.

*Rita Y. Peele*     1-4-2008

NOTARY

Notary Public Douglas County, Georgia
My Commission Expires Aug. 18, 2008

RECORDED   JAN 0 7 2008   KENNETH SKINNER, CLERK

JUN 2 6 2006
RECORDED_____KENNETH SKINNER, CLERK

*Plaintiff's Exhibit F*

United States Bankruptcy Court
Northern District of Georgia

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the
debtor(s) listed below was filed under
Chapter 13 of the United States
Bankruptcy Code, entered on 05/04/2015
at 3:55 PM and filed on 05/04/2015.



**Nadine Rone**
PO Box 1954
Carrollton, GA 30112
SSN / ITIN: xxx-xx-5157
*aka* **Nadine Marie Jackson**
*aka* **Nadine Marie Jackson-Rone**

The bankruptcy trustee is:

**Adam M. Goodman**
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303
678-510-1444

The case was assigned case number 15-10970-whd to Judge W. Homer Drake.

In most instances, the filing of the bankruptcy case automatically stays certain
collection and other actions against the debtor and the debtor's property. Under
certain circumstances, the stay may be limited to 30 days or not exist at all,
although the debtor can request the court to extend or impose a stay. If you
attempt to collect a debt or take other action in violation of the Bankruptcy Code,
you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the
debtor, they are available at our *Internet* home page http://ecf.ganb.uscourts.gov
/index.html or at the Clerk's Office, 18 Greenville Street, Newnan, GA 30263.

You may be a creditor of the debtor. If so, you will receive an additional notice
from the court setting forth important deadlines.

**M. Regina Thomas**
**Clerk, U.S.**
**Bankruptcy Court**